# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| New Hope Wesleyan Church, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER FOR MID-DISCOVERY** |
| ) | **STATUS CONFERENCE** |
| Ecclesia Construction Company, LLC, ) | |
| d/b/a/ Ecclesia Building Strategies, ) | |
| ) | |
| Defendant and Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Chief Industries, Inc., d/b/a Chief ) | |
| Buildings; Hite Architecture, P.A.; ) | |
| Shultz Engineering Group, P.C.; ) | Case No. 1:23-cv-00105 |
| Ironhidez Construction, LLC f/k/a ) | |
| Froemming Construction; and ) | |
| Commercial Exterior Specialties, LLC, ) | |
| ) | |
| Third-Party Defendants. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on August 1, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 27th day of February, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court