IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| New Hope Wesleyan Church, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| Ecclesia Construction Company, LLC, ) | |
| d/b/ Ecclesia Building Strategies, ) | |
| ) | |
| Defendant and Third-Party ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Chief Industries, Inc., d/b/a Chief Buildings; ) | |
| Hite Architecture, P.A.; Schultz Engineering ) | |
| Group, P.C.; Ironhidez Construction LLC, f/k/a ) | |
| Froemming Construction; Commercial Exterior ) | |
| Specialties, LLC, ) | |
| ) | Case No. 1:23-cv-105 |
| Third-Party Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| Commercial Exterior Specialties, LLC, ) | |
| ) | |
| Fourth-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Sergio Ayala Gomez d/b/a Stucco Solutions, ) | |
| ) | |
| Fourth-Party Defendant. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on December 12, 2025, at 9:00 AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571)

1

2

353-2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the court.

Dated this 15th day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court